UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JAMES DARBY, SHEILA DARBY, DARRELL DARBY,
KOREY DARBY, FURMAN DARBY, JR.,
LAMONT BROOKINS, and RICHARD KAPLINGER,
Plaintiffs,

v.                                                                                                          C.A. No. 1:20-CV-11115-DJC

ANDREW LELLING, US ATTORNEY; ALCOHOL TOBACCO,
FIREARMS AND EXPLOSIVES; UNKNOWN "JOHN DOE"
ATF POLICE OFFICERS; MAURA HEALEY, ATTORNEY
GENERAL; KERRY GILPIN, STATE POLICE COLONEL;
UNKOWN "JOHN DOES" AND "JANE DOE" STATE POLICE
OFFICERS; WILLIAM GROSS, BOSTON POLICE
COMMANDER; UNKNOWN "JOHN DOES" BOSTON
POLICE OFFICERS; MICHAEL LINSKEY, BOSTON POLICE
OFFICER SERGEANT; CHARLES BAKER, GOVERNOR;
and CITY OF BOSTON,
Defendants.

## PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT

Now comes the Plaintiffs, *pro se*, moves this Honorable Court Clerk for the entry of default against the Defendants **ANDREW LELLING, US ATTORNEY; ALCOHOL TOBACCO, FIREARMS AND EXPLOSIVES; UNKNOWN "JOHN DOE" ATF POLICE OFFICERS; UNKOWN "JOHN DOES" AND "JANE DOE" STATE POLICE OFFICERS; UNKNOWN "JOHN DOES" BOSTON POLICE OFFICERS; MICHAEL LINSKEY, BOSTON POLICE OFFICER SERGEANT,** pursuant to Fed. R. Civ. P. Rule 55(b)(1), for the failure to plead or otherwise defend against the action.

As reasons thereof, the Plaintiffs are seeking a sum certain against the above-named Defendants in the amount of $5,750,000.00, and rely on the accompanying Affidavit.

Respectfully Submitted,

James Darby, pro se
37 Aspinwall Rd. #1
Dorchester, MA. 02124

Sheila Darby, pro se
37 Aspinwall Rd. #1
Dorchester, MA. 02124

Darrell Darby, pro se
37 Aspinwall Rd. #1
Dorchester, MA. 02124

Korey Darby, pro se
37 Aspinwall Rd. #1
Dorchester, MA. 02124

Furman Darby Jr., pro se
37 Aspinwall Rd. #2
Dorchester, MA. 02124

Richard Kaplinger, pro se
37 Aspinwall Rd. #1
Dorchester, MA. 02124

Lamont Brookins, pro se
151 Milton St.
Dedham, MA. 02026